| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbier, Carl J. | 2. Court or Organization<br><br>U.S. District Court, E.D. La. | 3. Date of Report<br><br>04/28/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>500 Poydras Street<br>New Orleans, LA. 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Loyola Law Alumni Association |
| 2. Member, Board of Directors | Federal Bar Assoc.-New Orleans Chapter |
| 3. Member, Executive Committee | St. Thomas More Inn of Court (Loyola Law School) |
| 4. Past President | New Orleans Bar Association |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY -5 A 10: 29 JUDICIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Association | 3/13-3/15/2009 | Biloxi, MS | Bench Bar Conference | Food and lodging |
| 2. | LSU Law School | 5/22/2009 | Baton Rouge, LA. | CLE program | Food and lodging |
| 3. | Northwestern Law School Judicial Education Program | 4/19-4/22/2009 | Chicago, ILL | Judicial Education Program | Transportation, Food, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Loan Management Account | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ITT Corp Sr.Debenture | A | Interest | J | T | | | | | |
| 2. General Foods Corp(Bonds) | C | Interest | | | Redeemed | 09/03/09 | K | A | |
| 3. Tenn. Gas Pipeline Debenture | B | Interest | K | T | | | | | |
| 4. AMR Corp. (Unsec. Notes) | A | Interest | J | T | | | | | |
| 5. NM Ford Motor Cdt Co.(Bond) | A | Interest | J | T | | | | | |
| 6. USX-Marathon Grp Deb | B | Interest | K | T | | | | | |
| 7. Bellsouth Corp. 12/15/2016 (Bonds) | B | Interest | K | T | | | | | |
| 8. Anheuser Busch Notes Apr 01 2018 | B | Interest | K | T | | | | | |
| 9. Transocean Sedco Forex Notes 4/15/18 | B | Interest | K | T | | | | | |
| 10. Anheuser Busch Cos Inc Notes Mar 01 2019 | A | Interest | K | T | | | | | |
| 11. Penn. Electric Co. Sr. Notes 4/01/19 | A | Interest | J | T | | | | | |
| 12. Spectra Energy Capital Global Notes 10/01/2019 | C | Interest | K | T | | | | | |
| 13. Ford Holdings Inc Deb | B | Interest | J | T | | | | | |
| 14. Scana Corp. Ser Mtn Apr 01 2020 | A | Interest | K | T | | | | | |
| 15. Bank of New York Co Inc Sr Sub Ser Dec 15 2020 | B | Interest | K | T | | | | | |
| 16. Halliburton Co Debentures 3/01/21 | B | Interest | K | T | | | | | |
| 17. Caterpillar Fin Serv Crp (Bond) 12/15/21 | B | Interest | | | Redeemed | 12/15/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. El Paso Nat. Gas (Bond) | A | Interest | J | T | | | | | |
| 19. Gen Elec Cap Corp (Sr. Notes) | B | Interest | K | T | | | | | |
| 20. Coca Cola Ent. Debentures Feb 01 2022 | B | Interest | K | T | | | | | |
| 21. USX Corp Debentures | B | Interest | K | T | | | | | |
| 22. Coca Cola Ent. Inc. Debentures Sep 15 2022 | C | Interest | L | T | | | | | |
| 23. USX Marathon Grp Debentures Mar 01 2023 | C | Interest | L | T | | | | | |
| 24. Chesapeake & Potomoc Tel Co Debentures May 01 2023 | B | Interest | K | T | | | | | |
| 25. Anheuser Busch Cos Inc Bonds May 15 2023 | B | Interest | K | T | | | | | |
| 26. U.S. West Comm. Debenture | B | Interest | K | T | | | | | |
| 27. Gen Motors Corp Global Bds July 15 2023 | | None | J | T | | | | | |
| 28. USX Marathon Group Debentures July 15 2023 | B | Interest | K | T | | | | | |
| 29. Southern Union Co. Debentures | A | Interest | J | T | | | | | |
| 30. Time Warner Cos Inc Debentures | B | Interest | K | T | | | | | |
| 31. New Jersey Bell Tel. Co Deben | A | Interest | | | Redeemed | 10/06/09 | J | B | |
| 32. Union Carbide Deben 6/1/25 | A | Interest | J | T | | | | | |
| 33. Citizens Utilities Co Notes | C | Interest | K | T | | | | | |
| 34. Ford Motor Co. 11/15/25(debentures) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Burlington Resources Inc Debentures 2/15/26 | B | Interest | K | T | | | | | |
| 36. Indiana Bell Tel Debentures Aug 15 2026 | D | Interest | M | T | | | | | |
| 37. Southwestern Bell Tel Debenture | A | Interest | | | Redeemed | 10/15/09 | J | A | |
| 38. Bristol Meyers Squibb Deben Nov 15 2026 | B | Interest | K | T | | | | | |
| 39. Hydro Quebec Deb Ser GQ MBIA-IBC | B | Interest | K | T | | | | | |
| 40. Phillip Morris Cos Inc Debentures | B | Interest | K | T | | | | | |
| 41. Eli Lilly & Co (Bond) 3/15/27 | A | Interest | K | T | | | | | |
| 42. Wal-Mart Stores, Inc (Bond) Apr 05 2027 | B | Interest | K | T | | | | | |
| 43. GTE Calif Inc Debentures May 15 2027 | C | Interest | L | T | Buy (add'l) | 10/02/09 | K | | |
| 44. Hershey Foods Corp Deb | A | Interest | J | T | | | | | |
| 45. Seagull Energy Corp Sr. Notes 9/15/27 | C | Interest | K | T | | | | | |
| 46. Pioneer Natural Resource Co. (Bond) | B | Interest | K | T | | | | | |
| 47. Sears Roebuck Accept Deben | B | Interest | J | T | | | | | |
| 48. Con Edison (Debentures) | A | Interest | | | Redeemed | 12/31/09 | L | A | |
| 49. GTE Florida (Bond) 02/01/2028 | D | Interest | L | T | Buy (add'l) | 10/09/09 | L | | |
| 50. KN Energy Inc. Deben 3/01/28 | A | Interest | J | T | | | | | |
| 51. Occidental Petroleum Apr 01 2028 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bell Atlantic Corp Deben | B | Interest | K | T | | | | | |
| 53. GTE Corp Debentures 4/15/28 | C | Interest | L | T | Buy (add'l) | 07/09/09 | K | | |
| 54. Heinz (HJ) Co (Bonds) July 15 2028 | B | Interest | K | T | | | | | |
| 55. Petro Canada Deben 11/15/28 | A | Interest | J | T | | | | | |
| 56. Bell Atlantic Penn Bonds | B | Interest | K | T | | | | | |
| 57. Duke Energy Corp (Sr Notes) | B | Interest | K | T | | | | | |
| 58. Burlington Resources (Deben) 3/01/29 | B | Interest | K | T | | | | | |
| 59. Conoco Inc (Senior Notes) 4/15/29 | B | Interest | K | T | | | | | |
| 60. Norfolk Southern Corp Bonds 5/17/29 | B | Interest | K | T | | | | | |
| 61. Amerada Hess Corp Bonds Oct 01 2029 | C | Interest | L | T | | | | | |
| 62. Dow Chemical Co Bonds Nov 01 2029 | B | Interest | K | T | | | | | |
| 63. New England Tel & Tel Co. Bonds 11/15/2029 | B | Interest | K | T | Buy | 12/14/09 | K | | |
| 64. New Jersey Bell Tel Co Deben 11/15/29 | B | Interest | K | T | | | | | |
| 65. Apache Fin Canada Corp Bonds 12/15/2029 | B | Interest | K | T | Buy | 12/22/09 | K | | |
| 66. Wal Mart Stores Bonds Feb 15 2030 | C | Interest | K | T | | | | | |
| 67. Dominion Res Cap TR III Cap Securities | B | Interest | K | T | | | | | |
| 68. Texaco Capital Inc Debentures | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Florida Power Corp (1st Mortg Bonds) 3/01/33 | B | Interest | K | T | | | | | |
| 70. Wisconsin Electric Power Unsub Notes 5/15/33 | A | Interest | J | T | | | | | |
| 71. Florida Power & Light 1st Mtg Bonds. 04/01/34 | A | Interest | J | T | | | | | |
| 72. United Airlines Escrow (Deben) | | None | J | T | | | | | |
| 73. UAL Corp Com New (common stock) | | None | J. | T | | | | | |
| 74. Merrill Lynch CMA Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 75. E Baton Rouge Par La Pub Hsg Aug 01 09 (muni bond) | A | Interest | | | Redeemed | 08/03/09 | J | A | |
| 76. Orleans Par La Phwide Sch Dist Sept 01 10 (muni bond) | A | Interest | J | T | | | | | |
| 77. Shreveport La Wtr & Swr Rev Ser B Dec 01 10 (muni bond) | B | Interest | K | T | | | | | |
| 78. New Orleans La EHA HTL Rv Jan 15 11 (muni bond) | A | Interest | J | T | | | | | |
| 79. La. Pub. Facs Auth Bonds 07/01/2027 | A | Interest | J | T | | | | | |
| 80. Orleans Par La Sch Brd Sep 01 12 (muni bond) | A | Interest | J | T | | | | | |
| 81. La. Pub Facs AT RV Hlth Facs A Ref Jun 01 13 (muni bond) | A | Interest | J | T | | | | | |
| 82. Shreveport La Wtr-Swr Rv Ser B Dec 01 13 (muni bond) | A | Interest | J | T | | | | | |
| 83. La. St Ofc Fc Cptl Cmplx PG-Ser A Mar 01 16 (muni bond) | A | Interest | | | Redeemed | 12/07/09 | K | A | |
| 84. Terrebonne Prh Hsp Svc Dt No. 1 Hsp Rv Rf Apr0117(muni bond) | A | Interest | J | T | | | | | |
| 85. Jeff Parish La Sch Brd Sls-Tax Rv Mar 01 20 (muni bonds) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bossier Parish La Sales & Use Tax Jul 01 21 | B | Interest | K | T | | | | | |
| 87. Orleans Prsh La Prhwde Sch Dist Ser A Sep 01 21 (muni bd) | B | Interest | K | T | | | | | |
| 88. St. Tammany Prshwide 03/01/24 (muni bonds) | B | Interest | K | T | | | | | |
| 89. East BR Prsh LA Rec-Pk May 01 24 (muni bond) | A | Interest | K | T | | | | | |
| 90. Monroe La Sales & Use Tax Rev Ser A Jul 01 27 | A | Interest | K | T | | | | | |
| 91. Ernest N Morial-New Orleans La Exhb Hall AT Jul 15 27 (muni) | A | Interest | J | T | | | | | |
| 92. Colorado Springs Colo Util Rev Sys Impt Nov 15 27 | B | Interest | | | Redeemed | 10/02/09 | K | A | |
| 93. Louisiana LCL Gvt Enviro FC CDA RV Tech Jul 01 28 | B | Interest | K | T | | | | | |
| 94. La St Gas & Fuels Tax Rev Ser A Jun 01 32 | A | Interest | J | T | | | | | |
| 95. Calcasieu Parish La Pub Tr AT STD LSE REV May 01 33 (muni) | B | Interest | K | T | | | | | |
| 96. Louisiana Univ-Agric CLG 07/01/33 | B | Interest | K | T | | | | | |
| 97. Merrill Lynch Bank USA RASP (money market) | A | Interest | J | T | | | | | |
| 98. Cooper Tire & Rubber Co Notes Dec 15 19 (Bond) | A | Interest | J | T | | | | | |
| 99. Phillip Morris Cos Inc Debentures Jan 15 27 (Bonds) | B | Interest | J | T | | | | | |
| 100. GTE North Inc. Bond 02/15/2028 | A | Interest | J | T | | | | | |
| 101. Aegon NV PFD | B | Interest | K | T | | | | | |
| 102. Citigroup Capital XI Trust Pfd Secs Cum Sept27 34 (Bonds) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbler, Carl J. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Florida Pwr & Lt Cap TR Mar 15 2044 | A | Interest | K | T | | | | | |
| 104. FPL Group Capital, Inc (Jr. Sub Note) 10/01/2066 | A | Interest | J | T | | | | | |
| 105. Georgia Power Cap TR VII Jan 15 2044 | A | Interest | J | T | | | | | |
| 106. Xcel Energy Inc Jr. Sub Notes Jan 1 2068 | A | Interest | J | T | | | | | |
| 107. Brandywine Fund (stock mutual fund) | | None | M | T | | | | | |
| 108. Vanguard Ttl Stk Mkt Index Fund | D | Dividend | N | T | | | | | |
| 109. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 110. Capital One Bank-- checking/savings | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, line 12     Spectra Energy Capital was formerly Duke Capital Corp. These are the same bonds previously held, with simply a name change.

PART VII, line 79     La. Pub Facs Auth bonds were inadvertently omitted from 2008 report. These bonds have been held since 2003.

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J. | 04/28/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# UNITED STATES DISTRICT COURT
### Eastern District of Louisiana
### 500 Poydras Street
### New Orleans, Louisiana 70130

Carl J. Barbier
District Judge

June 21, 2010

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.   20544

RECEIVED 2010 JUN 28 A 9: 11 FINANCIAL DISCLOSURE OFFICE

Attention: Judge Bobby R. Baldock, Chair

Re: Calendar Year 2009 Filing

Dear Judge Baldock:

Thanks for your letter of June 15, 2010 advising of an error in my 2009 financial disclosure report.

The GTE North Inc. Bond listed in Part VII, page 9, line 100, should have indicated that this asset was purchased on 7/13/2009, with Value Code "J".

Please consider this letter as an amendment to my report.

If you have any further questions, please advise.

